**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 12-30881 |
| | ) | Chapter 7 |
| DeAnn M. Lian, | ) | |
| | ) | **NOTICE AND MOTION** |
| | ) | **FOR APPROVAL OF** |
| Debtor. | ) | **SALE OF PROPERTY** |
| _____ | ) | |

    Kip M. Kaler, the bankruptcy trustee in this case, requests that the court approve the sale of mineral interests as described below, on BKAssets.com:  All of the bankruptcy estate's interest in mineral acres in Williams County, ND described as follows:

1) Township 159N, Range 95W
   Section 28: SW¼
   Royalty interest currently operated by Continental Resources

2) Township 159N, Range 95W
   Section 33: N½, N½ S½
   Royalty interest currently operated by Murex Petroleum Corporation

    The auction shall run for a period of seven days from the date of court approval of this motion.  The Court has approved the employment by the bankruptcy estate of BKAssets.com, LLC, who shall receive a 10% commission on gross sales price, plus any applicable expenses of up to $250 to procure any necessary legal documents, listing fees, and shipping costs.  The trustee requests that he be authorized to pay these fees immediately upon completion of the sale.

    Any party interested in viewing these assets prior to the sale may go to www.bkassets.com and search LIAN to view the listing. Once the auction begins (upon entry of an order approving this motion), parties may visit www.bkassets.com and click SEE OUR AUCTIONS ON BK ASSETS to view the auction and/or make a bid.

    The bankruptcy estate has determined that there will be no adverse tax consequences to the bankruptcy estate as a result of this sale.

**NOTICE OF MOTION:** Your rights may be affected in this action.  You should read these papers carefully and discuss the matters with your attorney if you have one.  Any objections to this motion must be made within 21 days of this date with an original filed with the Clerk of Bankruptcy Court and copies served upon the Bankruptcy Trustee and United States Trustee at the addresses stated below.  Failure to timely respond to this motion will be deemed a waiver of any objections and the Court will grant such relief as it deems appropriate.

| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
| Quentin N. Burdick U.S. Courthouse | 314 South Main Ave. | (See |
| 655 First Ave. N. – Suite 210 | Suite 303 | address |
| Fargo, ND 58107-4932 | Sioux Falls, SD 57104-6462 | below) |

DATE OF MAILING: 02/20/2015

/s/ Kip M. Kaler
Kip M. Kaler
Bankruptcy Trustee
P.O. Box 9231
Fargo, ND 58106
(701) 232-8757

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:                                              ) Bky. Case No.: 12-30881
                                                    ) Chapter 7
DeAnn M. Lian,                                      )
                                                    ) **CERTIFICATE OF SERVICE**
            Debtor.                                 )
_____ )

      Kip M. Kaler of Fargo, ND, swears that on February 20, 2015, he mailed in first class postage-paid envelopes and deposited same in the post office at Fargo, ND, or served electronically at the given e-mail address a copy of the following:

**NOTICE AND MOTION FOR APPROVAL OF SALE**

to the parties listed below:

12-30881|Altru Health System |PO Box 13780|Grand Forks, ND 58208-3780| |||
12-30881|Altru Health System |PO Box 3045|Milwaukee, WI 53201-3045| |||
12-30881|Ar Audit Services Inc |Po Box 6177|Bismarck, ND 58506-6177| |||
12-30881|Asset Acceptance LLC assignee |Bank of America/MBNA|PO Box 2036|Warren, MI 48090-2036| ||
12-30881|BANK OF AMERICA|PO BOX 982238|EL PASO TX 79998-2238||||
12-30881|Capital Management Services, LP |726 Exchange Ste 700|Buffalo, NY 14210-1464| |||
12-30881|Capital One, N.a. |Capital One Bank (USA) N.A.|Po Box 30285|Salt Lake City, UT 84130-0285| ||
12-30881|Cash Connection |2508 S. Washington|Grand Forks, ND 58201-6703| |||
12-30881|Chase |Po Box 15298|Wilmington, DE 19850-5298| |||
12-30881|Chase Mht Bk |Attn: Bankruptcy|Po Box 15145|Wilmington, DE 19850-5145| ||
12-30881|Discover Fin |Attention:  Bankruptcy Department|Po Box 3025|New Albany, OH 43054-3025| ||
12-30881|Enhanced Recovery |8014 Bayberry Rd.|Jacksonville, FL 32256-7412| |||
12-30881|First Usa Bank/Chase |Chase Card Services/Attn: Bankruptcy Dep|Po Box 15298|Wilmington, DE 19850-5298| ||
12-30881|Gemb/JC Penny |Attention:  Bankruptcy|Po Box 103104|Roswell, GA 30076-9104| ||
12-30881|Hsbc Bank |Po Box 5253|Carol Stream, IL 60197-5253| |||
12-30881|JCC |PO Box 519|Sauk Rapids, MN 56379-0519| |||
12-30881|Lvnv Funding Llc |Po Box 740281|Houston, TX 77274-0281| |||
12-30881|Pinnacle Credit Service |Po Box 640|Hopkins, MN 55343-0640| |||

12-30881|Portfolio Investments II LLC |c/o Recovery Management Systems Corporat|25 SE 2nd Avenue Suite 1120|Miami FL 33131-1605| ||
12-30881|PORTFOLIO RECOVERY ASSOCIATES LLC|PO BOX 41067|NORFOLK VA 23541-1067||||
12-30881|Riverview Law Office |PO Box 570|Sauk Rapids, MN 56379-0570| |||
12-30881|Rodenburg Law |PO Box 2427|Fargo, ND 58108-2427| |||
12-30881|RoughRider Legal support Service |PO Box 14032|Grand Forks, ND 58208-4032| |||
12-30881|Stephen & Michaels |PO Box 109|Salem, NH 03079-0109| |||
12-30881|Valley Health |1551 28th Ave. S. Suite K|Grand Forks, ND 58201-6782| |||
12-30881|Darrel D. Horab |Horab & Drewes|P.O. Box 1021|Fargo, ND 58107-1021|||
12-30881|DeAnn M. Lian |1823 Willow Drive|Grand Forks, ND 58201-8108||||
12-30881|Scott W. Wentz |Drewes & Horab|P.O. Box 1021|Fargo, ND 58107-1021 |||

- ASchild Atlas Acquisitions    bk@atlasacq.com
- Shawn L. Autrey    bankruptcycourt@autreylawfirm.com, sladakota@msn.com

The Office of the U.S. Trustee will be served electronically.

/s/ Kip M. Kaler
Kip M. Kaler